UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR C. LEZAMA,<br><br>                  Petitioner,<br><br>v.<br><br>RON FRAKER,<br><br>                  Respondent. | Case No.  C10-877-TSZ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 14, to which no objections were timely filed, finds and orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's § 2254 habeas petition is **DENIED** and this matter is **DISMISSED** with prejudice;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

ORDER OF DISMISSAL- 1

4.  The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of December, 2010.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL- 2